# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK

U.S.P.O. & COURTHOUSE  
NEWARK, NEW JERSEY 07102

**CAMDEN OFFICE**  
U.S.P.O. & COURTHOUSE  
FOURTH & COOPER STREETS  
CAMDEN, NJ 08101

**July 24, 2006**

WILLIAM T. WALSH  
CLERK

**TRENTON OFFICE**  
402 EAST STATE STREET  
CLARKSON S. FISHER U.S. COURTHOUSE  
ROOM 2020  
TRENTON, NJ 08608

REPLY TO:  <u>TRENTON</u>

Philip L. Schwartz, Esq.  
2000 Glades Road  
Boca Raton, Florida 33431

RE:  CELLCO PARTNERSHIPS, etc.,  
     vs. DATA FIND SOLUTIONS, INC,., et al.,  
     **CIVIL 06-326 (FLW)**

Dear Counsel:

Returned herewith at the direction of the Court is your proposed **Motion to withdraw as counsel for the defendants, First Soource Information Specialists, Inc., Stephen Schwartz, and Kenneth Gorman.**

Pursuant to Local Civil Rules 11.1 and 101.1(c), pleadings must be signed by member of the bar of this court. **This Office has no record of your admittance to the Bar of this Court. (Note: Admission <u>pro</u> <u>hac</u> <u>vice</u> doesn't allow said counsel to file papers, nor have you been admitted <u>pro</u> <u>hac</u> <u>vice</u>.)**

In fact, the Record does not indicate you or any other attorney has filed a Notice of Appearance or an Answer on behalf of the aforementioned defendants, nor any other defendant.

If you believe you are admitted to the Bar of this Court, please provide proof of admittance.

Very truly yours,

William T. Walsh, Clerk

By

<u>s/Michael D. Shanklin, Supervisor</u>